# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 22, 2026

*By ECF*

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application **GRANTED IN PART**.  The Court hereby orders that Mr. Yusof shall appear for the June 9, 2026, arraignment via video conference pursuant to Fed. R. Crim. P. 10(c).  The Court will provide dial-in information to counsel for Mr. Yusof prior to the arraignment hearing.  The Clerk of Court is respectfully directed to close ECF No. 20.  **SO ORDERED.**

Dated: May 22, 2026
New York, New York

Dale E. Ho
United States District Judge

Re:    *United States v. Lockman, et al.*, 25 Cr. 331 (DEH)

Dear Judge Ho:

I represent Mohd Yuzaimi Yusof, a defendant in the above-captioned case, and write to respectfully request that the Court permit Mr. Yusof to waive his appearance at the upcoming arraignment pursuant to Fed. R. Crim. P. 10(b). Mr. Yusof lives in California, and it would be unduly burdensome for him to have to travel to New York for this brief proceeding. The Government – per Assistant U.S. Attorney Samuel Rothschild – takes no position on this request. The arraignment is scheduled for June 9, 2026, at 11:30 a.m.

Under Federal Rule of Criminal Procedure 10(b), a defendant need not be present for the arraignment if three conditions are satisfied: (1) the defendant is charged by indictment or misdemeanor information; (2) the defendant executes a written waiver indicating that he has received a copy of the indictment and pleads not guilty to the charges; and (3) the court accepts the waiver.

Here, the first two conditions have been satisfied: Mr. Yusof has been charged by indictment, *see* Dkt. No. 17; and he and counsel have signed the written waiver. *See* Exhibit A. Accordingly, we respectfully request that the Court accept the waiver. Mr. Yusof lives in Northern California, and it will be a significant burden (in terms of both time and cost) to have to travel to New York for this brief proceeding.

In the alternative, we respectfully request that Mr. Yusof be arraigned by video teleconferencing pursuant to Fed. R. Crim. P. 10(c), and that the Court permit Mr. Yusof to otherwise waive his appearance at the June 9, 2026 conference.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

Cc.    All counsel of record

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- :

UNITED STATES OF AMERICA               :

              v.                   :       **WAIVER OF APPEARANCE**
                            :    **PURSUANT TO FED. R. CRIM. P.**

MOHD HAFIZ LOCKMAN,        :             **10(b)**
MOHD YUZAIMI YUSOF, and    :
KHANH THUONG NGUYEN,     :      **26 Cr. 203 (DEH)**

                        :

          Defendants.        :

-------------------------------------------------------- :

I, Mohd Yuzaimi Yusof, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that:

1.     I am one of the defendants in the above-captioned case, and seek to waive my appearance at the arraignment pursuant to Federal Rule of Criminal Procedure 10(b);

2.     I have received a copy of the Indictment and reviewed it with counsel;

3.     I understand that the Indictment charges me with violations of federal law, including: Count One, Conspiracy to Commit Wire Fraud; Count Two, Wire Fraud; and Count Three, Aggravated Identity Theft;

4.     My plea to these charges is "not guilty."

DATED:      May 22nd, 2026
              Livermore, CA

                                            Mohd Yuzaimi Yusof

                                            Madeline Silva, Esq., counsel for Mr. Yusof